USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR - 8 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
M.E., et al.,

                Plaintiffs,

-against-                                      14-cv-9370 (LAK)

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Plaintiffs' motion for summary judgment [DI 16] is denied.  Defendant's cross motion for summary judgment dismissing the complaint [DI 22] is granted.  This ruling is substantially for the reasons set forth in the report and recommendation of the magistrate judge to which no objections have been filed.  The Clerk shall close the case.

        SO ORDERED.

Dated:      April 7, 2016

                                                                     Lewis A. Kaplan
                                                               United States District Judge